PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Alexis Carthens                           Cr.: 16-00205-001
                                                                                                  PACTS #: 21274

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES (RET.)
                                                         CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/05/2018

Original Offense:     Count One: Conspiracy to Produce False Identification Documents, Fraud with Identification Documents and Authentication Features, 18 U.S.C. § 1028(f)
Count Two: Conspiracy to Defraud Government Respect To Claims, 18 U.S.C. § 286

Original Sentence: 42 months imprisonment, 36 months supervised release

Special Conditions: $200 Special Assessment, $ 121,922.32 in Restitution, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit, Support Dependents, Forfeiture

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/18/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 24, 2021, Carthens tested positive for and admitted to marijuana use. |
| 2 | Carthens has failed to make a payment towards his restitution during the supervision term. The restitution balance is $121,622.32. |

U.S. Probation Officer Action:

The probation office will continue to monitor Carthens' substance use with random urine testing. After a discussion with the probation officer, Carthens advised he will begin to make regular restitution payments with an additional amount towards arrears. The probation office will continue to monitor his payments and advise of any additional noncompliance. No formal Court action is requested at this time.

Prob 12A – page 2
Alexis Carthens

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
Senior U.S. Probation Officer

/ dh

APPROVED:

_____   03/04/2021
DONALD L. MARTENZ, JR.                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

3/11/21
_____
Date