# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Alexis Carthens  Cr.: 16-00205-001
PACTS #: 21274

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES (RET.)
    CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/05/2018

Original Offense:   Count One: Conspiracy to Produce False Identification Documents, Fraud with Identification Documents and Authentication Features, 18 U.S.C. § 1028(f)
Count Two: Conspiracy to Defraud Government Respect to Claims, 18 U.S.C. § 286

Original Sentence: 42 months of imprisonment, 36 months of supervised release

Special Conditions: $200 Special Assessment, $ 121,922.32 in Restitution, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit, Support Dependents, Forfeiture

Type of Supervision: Supervised Release     Date Supervision Commenced: 08/18/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 21, 2021, Carthens admitted to using marijuana the day prior. |

U.S. Probation Officer Action:

The probation office has referred Carthens for a substance abuse evaluation at COPE in Montclair, New Jersey. We will continue to monitor Carthens' substance use with random urine testing. No formal Court action is requested at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By: DANA HAFNER
Senior U.S. Probation Officer

/ dh

APPROVED:

_____  04/28/2021
DONALD L. MARTENZ, JR.           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**X**  No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

**4/30/21**
_____
Date